PER CURIAM.
Affirmed. Vliet v. Anthony, 119 Fla. 638, 160 So. 663; Moyer v. Moyer, Fla. App.1959, 114 So.2d 638; Downing v. Bird, Fla.App.1962, 145 So.2d 559; Croft v. Young, Fla.App.1966, 188 So.2d 859; Amrep Corporation v. Nicholson, Fla.App. 1970, 249 So.2d 84; Orange Julius Realty Corporation v. Sunshine Toy Center, Inc., Fla.App.1971, 251 So.2d 681; Latin American Benefit Center, Inc. v. Johstoneaux, Fla.App. 1972, 257 So.2d 86; In Re Estate of Merz, Fla.App.1973, 273 So.2d 795; Pierson v. Sharp, Fla.App.1973, 283 So.2d 880; Walton v. Walton, Fla.App.1974, 290 So.2d 110; Potash v. Dry & Company, 8 Fla.Supp. 174; Rule 1.190(b), R.C.P.